IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CARISSA HEUSTIS,<br><br>                     Plaintiff,<br><br>vs.<br><br>JOE ORSI, an individual; KENNETH L. SMITH, individually and in his capacity as President of FRONTIER LEASING AND SALES, INC. and DAVE SMITH CHEVROLET OLDSMOBILE PONTIAC CADILLAC, INC.; FRONTIER LEASING AND SALES, INC., an Idaho corporation; DAVE SMITH CHEVROLET OLDSMOBILE PONTIAC CADILLAC, INC., an Idaho corporation,<br><br>                     Defendants. | CASE NO. 05-CV-502-N-ELJ<br><br>JUDGMENT |

Based upon this Court's Memorandum Order, dated June 19, 2007, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **June 19, 2007**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT-1